IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-10-120 |
| § | |
| VALENTIN ORTEZ § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 26). The motion for continuance is GRANTED. The sentencing hearing is reset to October 6, 2010, at 9:30 a.m.

SIGNED on September 20, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge